IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BECK'S SHOES INCORPORATED,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00140-TLS-JPK |

## NOTICE OF SETTLEMENT

Plaintiff Roosevelt Bradley, by and through undersigned counsel, hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Beck's Shoes Incorporated. The parties are finalizing the settlement agreement and expect to file a dismissal within 45 days.

Dated: December 5, 2023　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE,**
　　　　　　　　　　　　　　　　　　**MILLER & SWEET, LLP**
　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243
　　　　　　　　　　　　　　　　　　Phone: 412-857-5350

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Roosevelt Bradley*

## CERTIFICATE OF SERVICE

I certify that on the 5th day of December, 2023, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
