# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **ROOSEVELT BRADLEY,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**BECK'S SHOES INCORPORATED,** )<br>)<br>**Defendant.** ) | 2:23CV140-PPS/JPK |

## ORDER

Plaintiff Roosevelt Bradley's Notice of Dismissal Pursuant to Rule 41(a)(1) [DE 23] is SO ORDERED. This action is DISMISSED WITH PREJUDICE and the case is CLOSED.

**SO ORDERED**.

ENTERED: January 10, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT